# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY TAMBA,** | : | CIVIL ACTION NO. 1:09-CV-1651 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **ATTORNEY GENERAL OF THE UNITED STATES,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 1st day of February, 2010, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and of the notice of removal (Doc. 13), which represents that the government physically removed petitioner from the territorial boundaries of the United States on January 26, 2010, and it appearing that petitioner is no longer detained or in the custody of the United States, and that petitioner's absence from the United States renders his petition (Doc. 1) moot, see 28 U.S.C. § 2241(c); Leyra v. Williams, 504 F.3d 357, 363 (3d Cir. 2007) (observing that a petitioner's release from custody renders "his habeas case moot unless he can demonstrate he will suffer some collateral consequences if his conviction is allowed to stand"), it is hereby ORDERED that the petition (Doc. 1) for writ of habeas corpus is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge